# CONSENT OF DIRECTORS IN LIEU OF SPECIAL MEETING OF THE BOARD OF DIRECTORS OF BLUE SUN ENERGY, INC.

The undersigned, duly elected Directors of Blue Sun Energy, Inc., a Colorado corporation (the "Company"), hereby consent in writing, without the formality of convening a special meeting to the following actions, effective as of the date written below:

For several reasons, it is recommended that the Company file a Chapter 11 proceeding under the U.S. Bankruptcy Code, retain professionals to proceed with the Chapter 11 proceeding, and prepare and proceed with any other actions or documents necessary or reasonable to advance the Chapter 11 case. Accordingly, the following resolutions are hereby adopted:

BE IT RESOLVED that the Company be, and it hereby is, authorized to file a Chapter 11 proceeding in the United States Bankruptcy Court for the Western District of Missouri, and

BE IT FURTHER RESOLVED that Jerry Washburn, an officer and director of the Company, is authorized to execute a petition for relief under Chapter 11 of the United States Bankruptcy Code, and

BE IT FURTHER RESOLVED that the Company be, and it hereby is, authorized to retain the law firm of Gallagher & Kennedy, P.A. to represent the Company in connection with the Chapter 11 case, and such other counsel, advisors, and professionals as may be required to accomplish the intent and purposes of these resolutions, and

BE IT FURTHER RESOLVED that Jerry Washburn, an officer and director of the Company, is authorized to execute any documents and do such things as are necessary or reasonable for the Chapter 11 case of the Company, and

BE IT FURTHER RESOLVED, that all actions taken on behalf of the Company by the officers, or any agent or attorney of the Company, acting for or on behalf of the Company heretofore in connection with the foregoing resolutions, are hereby ratified, approved, and confirmed in all respects.

DATED: July 31, 2015.

BLUE SUN ENERGY, INC., a Colorado corporation

By: _____
Name:   Jerry Washburn
Its:    Director

4962210v1/26390-0001

By: _____
Name: Dr. Michael E. Gorton, M.D.
Its: Director

By: _____
Name: Christopher W. Guill
Its: Director

## WRITTEN CONSENT OF SOLE MEMBER OF
## BLUE SUN ST. JOE REFINING, LLC

The undersigned, the sole member of Blue Sun St. Joe Refining, LLC, a Missouri limited liability company (the "Company"), hereby consents in writing, without the formality of convening a meeting to the following actions, effective as of the date written below:

For several reasons, it is recommended that the Company file a Chapter 11 proceeding under the U.S. Bankruptcy Code, retain professionals to proceed with the Chapter 11 proceeding, and prepare and proceed with any other actions or documents necessary or reasonable to advance the Chapter 11 case. Accordingly, the following resolutions are hereby adopted:

BE IT RESOLVED that the Company be, and it hereby is, authorized to file a Chapter 11 proceeding in the United States Bankruptcy Court for the Western District of Missouri, and

BE IT FURTHER RESOLVED that the Sole Member of the Company is authorized to execute a petition for relief under Chapter 11 of the United States Bankruptcy Code, and

BE IT FURTHER RESOLVED that the Company be, and it hereby is, authorized to retain the law firm of Gallagher & Kennedy, P.A. to represent the Company in connection with the Chapter 11 case, and such other counsel, advisors, and professionals as may be required to accomplish the intent and purposes of these resolutions, and

BE IT FURTHER RESOLVED that the Sole Member of the Company is authorized to execute any documents and do such things as are necessary or reasonable for the Chapter 11 case of the Company, and

BE IT FURTHER RESOLVED, that all actions taken on behalf of the Company by the Sole Member, or any agent or attorney of the Company, acting for or on behalf of the Company heretofore in connection with the foregoing resolutions, are hereby ratified, approved, and confirmed in all respects.

DATED: July 31, 2015.

BLUE SUN BIODIESEL, LLC, a
Colorado limited liability company

BLUE SUN ENERGY, INC., a Colorado
corporation, Its 99% Member

By: _____
Name: Jerry Washburn
Its:     Director

4962207v2/26390-0001

By: _____
Name: Dr. Michael E. Gorton, M.D.
Its:    Director

By: _____
Name: Christopher W. Guill
Its:    Director

# WRITTEN CONSENT OF SOLE MEMBER OF BLUE SUN BIODIESEL, LLC

The undersigned, the 99% member of Blue Sun Biodiesel, LLC, a Colorado limited liability company (the "Company"), hereby consents in writing, without the formality of convening a meeting to the following actions, effective as of the date written below:

For several reasons, it is recommended that the Company file a Chapter 11 proceeding under the U.S. Bankruptcy Code, retain professionals to proceed with the Chapter 11 proceeding, and prepare and proceed with any other actions or documents necessary or reasonable to advance the Chapter 11 case. Accordingly, the following resolutions are hereby adopted:

BE IT RESOLVED that the Company be, and it hereby is, authorized to file a Chapter 11 proceeding in the United States Bankruptcy Court for the Western District of Missouri, and

BE IT FURTHER RESOLVED that Jerry Washburn, an officer and director of the majority member of the Company, is authorized to execute a petition for relief under Chapter 11 of the United States Bankruptcy Code, and

BE IT FURTHER RESOLVED that the Company be, and it hereby is, authorized to retain the law firm of Gallagher & Kennedy, P.A. to represent the Company in connection with the Chapter 11 case, and such other counsel, advisors, and professionals as may be required to accomplish the intent and purposes of these resolutions, and

BE IT FURTHER RESOLVED that Jerry Washburn, an officer and director of the majority member of the Company, is authorized to execute any documents and do such things as are necessary or reasonable for the Chapter 11 case of the Company, and

BE IT FURTHER RESOLVED, that all actions taken on behalf of the Company by the 99% Member, or any agent or attorney of the Company, acting for or on behalf of the Company heretofore in connection with the foregoing resolutions, are hereby ratified, approved, and confirmed in all respects.

DATED: July 31, 2015.

BLUE SUN ENERGY, INC., a Colorado corporation, Its 99% Member

By: _____
Name: Jerry Washburn
Its: Director

4962208v1/26390-0001

By: _____
Name: Dr. Michael E. Gorton, M.D.
Its:    Director

By: _____
Name: Christopher W. Guill
Its:    Director

# WRITTEN CONSENT OF MEMBERS OF
# BLUE SUN ADVANCED FUELS, LLC

The undersigned, members of Blue Sun Advanced Fuels, LLC, a Colorado limited liability company (the "Company"), hereby consent in writing, without the formality of convening a meeting to the following actions, effective as of the date written below:

For several reasons, it is recommended that the Company file a Chapter 11 proceeding under the U.S. Bankruptcy Code, retain professionals to proceed with the Chapter 11 proceeding, and prepare and proceed with any other actions or documents necessary or reasonable to advance the Chapter 11 case. Accordingly, the following resolutions are hereby adopted:

BE IT RESOLVED that the Company be, and it hereby is, authorized to file a Chapter 11 proceeding in the United States Bankruptcy Court for the Western District of Missouri, and

BE IT FURTHER RESOLVED that Jerry Washburn, an officer and director of the majority member of the Company is authorized to execute a petition for relief under Chapter 11 of the United States Bankruptcy Code, and

BE IT FURTHER RESOLVED that the Company be, and it hereby is, authorized to retain the law firm of Gallagher & Kennedy, P.A. to represent the Company in connection with the Chapter 11 case, and such other counsel, advisors, and professionals as may be required to accomplish the intent and purposes of these resolutions, and

BE IT FURTHER RESOLVED that Jerry Washburn, an officer and director of the majority member of the Company, is authorized to execute any documents and do such things as are necessary or reasonable for the Chapter 11 case of the Company, and

BE IT FURTHER RESOLVED, that all actions taken on behalf of the Company by the officers, or any agent or attorney of the Company, acting for or on behalf of the Company heretofore in connection with the foregoing resolutions, are hereby ratified, approved, and confirmed in all respects.

DATED: July 31, 2015.

MEMBERS

BLUE SUN BIODIESEL, LLC, a
Colorado limited liability company

BY: BLUE SUN ENERGY, INC., a
Colorado corporation, Its 99% Member

4962209v1/26390-0001

By: /s/ Jerry Washburn
Name: Jerry Washburn
Its: Director

By: /s/ Michael E. Gorton
Name: Dr. Michael E. Gorton, M.D.
Its: Director

By: /s/ Christopher W. Guill
Name: Christopher W. Guill
Its: Director

GORTON RESEARCH ENTERPRISES, LLC

By: /s/ Michael E. Gorton
Name: Dr. Michael E. Gorton, M.D.
Its: Manager

JUNIPER RESOURCES, LLC

By: /s/ Christopher W. Guill
Name: Christopher W. Guill
Its: Manager