IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION

| | |
|---|---|
| In re: | Case No. 15-42231 |
| BLUE SUN ST. JOE REFINING, LLC, et al., | (Lead Case) |
| Debtors.[1] | Chapter 11 |

## NOTICE OF EXPEDITED HEARING ON FIRST DAY MOTIONS

PLEASE TAKE NOTICE that the Court has set an expedited hearing in the bankruptcy cases of Blue Sun St. Joe Refining, LLC ("Blue Sun St. Joe"), Blue Sun Energy, Inc. ("Blue Sun Energy"), Blue Sun Biodiesel, LLC ("Blue Sun Biodiesel"), and Blue Sun Advanced Fuels, LLC ("Blue Sun Advanced Fuels" and together with Blue Sun St. Joe, Blue Sun Energy, and Blue Sun Biodiesel, the "Blue Sun Debtors", debtors and debtors-in-possession, at the time and location more particularly described below, on the following Motions and Applications filed by the Debtors on or around August 3, 2015:

a. Motion to Pay Certain Pre-Petition Wages, Salaries, Commissions, Benefits, Payroll Taxes, and Other Employee-Related Expenses Accrued and Payable in the Ordinary Course of Debtors' Business;

b. Motion to Limit Notice and Establish Noticing Procedures;

c. Applications to Approve Employment of Professionals (counsel and financial advisor, with accompanying Rule 2014 declarations);

d. Motion to Approve Procedures for Interim Compensation and Reimbursement of Professionals Fees; and

e. Emergency Motion for Authorization (A) to Obtain Post-Petition

---

[1] Blue Sun St. Joe Refining, LLC, debtor and debtor-in-possession in Case No. 15-42231, Blue Sun Energy, Inc., debtor and debtor-in-possession in Case No. 15-42232-11, Blue Sun Advanced Fuels, LLC, debtor and debtor-in-possession in Case No. 15-42234-11, Blue Sun Biodiesel, LLC, debtor and debtor-in-possession in Case No. 15-42233-11 (collectively, the "Blue Sun Debtors").

4945977v1/26390-0001

Financing 11 U.S.C. §364, and (B) For Related Relief.

The expedited hearing will be held before the Honorable Arthur B. Federman at the United States Bankruptcy Court for the Western District of Missouri, Charles Evans Whittaker Courthouse, Courtroom 6B, 400 East 9th Street, Kansas City, Missouri 64106, on **August 4, 2015** at **1:30 p.m.**, or as soon thereafter as counsel may be heard. Copies of the above-referenced Motions and Applications may be obtained by contacting the undersigned counsel.

LENTZ CLARK DEINES, PA

/s/ Jeffrey A. Deines
Jeffrey A. Deines, MO #53531
Shane J. McCall, KS #63549
9260 Glenwood
Overland Park, KS  66212
(913) 648-0600
(913) 648-0664 Telecopier
jdeines@lcdlaw.com
smccall@lcdlaw.com
Proposed Counsel for the Blue Sun Debtors

GALLAGHER & KENNEDY, P.A.

John R. Clemency (AZ Bar No. 009646)
Todd A. Burgess (AZ Bar No. 19013)
Lindsi M. Weber (AZ Bar No. 25820)
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone:    (602) 530-8000
Facsimile:    (602) 530-8500
Email:        john.clemency@gknet.com
              todd.burgess@gknet.com
              lindsi.weber@gknet.com
Proposed Counsel for the Blue Sun Debtors