**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | **Case No. BK 15-42231-11** |
| **BLUE SUN ST. JOE REFINING, LLC., et al.,** ) | **(Lead Case)** |
| ) | |
| Debtors. ) | **Chapter 11** |

**APPOINTMENT AND NOTICE OF**
**APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS**

Pursuant to 11 U.S.C. §1102(a), the United States Trustee hereby appoints the following creditors to serve on the Official Committee of Unsecured Creditors in the captioned case:

1. Charles Shapiro, Esq.
   Novozymes North America, N.A.
   77 Perry Chapel Church Road
   Franklinton, NC 27525
   (919) 494-3024 phone
   (919) 494-3421 fax
   chsh@novozymes.com

2. Martha S. Hartfiel
   Farnam Street Financial, Inc.
   240 Pondview Plaza, 5850 Opus Parkway
   Minnetonka, MN 55343
   (952) 908-0850 phone
   (952) 908-0796 fax
   mhartfiel@farnamstreet.net

3. Donnell M. Rehagen
   National Biodiesel Board
   605 Clark Avenue, P.O. Box 104989
   Jefferson City, MO 65110-4898
   (573) 635-3893 phone
   (573) 635-7913
   drehagen@biodiesel.org

4. Robert Eblen
   Harcros Chemicals
   5200 Speaker Road
   Kansas City, KS 66106
   (913) 621-7717 phone
   (913) 621-7838 fax
   robert.eblen@harcros.com

5. Alan Meier
KWI North America Corp.
60 Willow Creek Road
P.O. Box 684
Lenox, MA 01240
(518) 755-0330 phone
(413) 637-0285 fax
almeier@kwi-intl.com

Date: August 12, 2015

    Respectfully submitted,

    DANIEL J. CASAMATTA
    ACTING UNITED STATES TRUSTEE

By: */s/ Sherri L. Wattenbarger*
    SHERRI L. WATTENBARGER
    KS Bar # 16401
    Trial Attorney
    Office of the U.S. Trustee
    400 East 9th St., Ste 3440
    Kansas City, MO 64106
    Telephone:  (816) 512-1940
    Telecopier: (816) 512-1967
    Email: sherri.wattenbarger@usdoj.gov

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a copy of the foregoing was served upon all parties receiving electronic notification and upon the members of the Committee electronically or by first-class mail, postage prepaid, this 12th day of August 2015.

    */s/ Sherri L. Wattenbarger*
    Sherri L. Wattenbarger